USA-74-24B
(Rev. 05/01)

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

# CRIMINAL DOCKET

**SEALED**

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*September 02, 2026*
Nathan Ochsner, Clerk of Court

No. **4:26-cr-583**

USAO Number: 2025R00431

Magistrate Number:

CRIMINAL INDICTMENT

Filed 09/02/2026

Judge: **Ganjei**

UNITED STATES of AMERICA

vs.

ALLA KARASH NOWOWIEJSKI

ATTORNEYS:

| | | Appt'd | Private |
|---|---|---|---|
| **AARON F. REITZ, USA** | **(713) 567-9000** | | |
| THOMAS H. CARTER, AUSA | (713) 567-9000 | | |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

CHARGE: (TOTAL) (COUNTS:) ( **2** )

Ct. 1: Mail Fraud [18 USC § 1341]

Ct. 2: False Statements [18 USC § 1001]

PENALTY:

Ct. 1: A term of imprisonment not more than 20 years; and fine up to $250,000; a term of supervised release of up to 3 years, and a $100 special assessment.

Ct. 2:A term of imprisonment not more than 5 years; and or a fine of up to $100,000.00, and a term of supervised release up to 3 years, and a $100 special assessment.

NOTICE OF FORFEITURE [18 U.S.C. § 982(a)(7); 18 U.S.C. § 981(a)(1)(C)]

☐ In Jail

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: