IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CR. NO. 4:26-CR-00583 |
| | § | |
| ALLA NOWOWIEJSKI | § | |

**UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE SIM LAKE, UNITED STATES DISTRICT JUDGE:

NOW COMES, ALLA NOWOWIEJSKI, Defendant herein, by and through his undersigned counsel, files this Unopposed Motion for Continuance, and for good cause would show as follows:

1. Defendant is scheduled for trial on October 26, 2026.

2. Counsel for Defendant respectfully requests this Honorable Court grant this Unopposed Motion to Continue and Issue a New Scheduling Order for the following reasons: This is a newly filed case and counsel is new to the case.

3. Defense counsel conferred with Assistant United States Attorney Thomas Carter, who is unopposed to the continuance.

4. This motion for continuance is not made for purposes of delay, but solely to allow Defendant's counsel to provide effective assistance of counsel. For the foregoing reasons, counsel for defendant requests a continuance of the trial for at least ninety (90) days in this case.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Motion be granted.

Respectfully submitted,

*/s/ Gary Tabakman*
GARY TABAKMAN
Federal ID No. 1305623
TBA No. 24076065
4801 Woodway Drive, Suite 300W
Houston, Texas 77056
Telephone: (713) 429-1624
Facsimile: (713) 429-1624
Email: Gary@GTLawFirm.com

**ATTORNEY FOR DEFENDANT,**
**ALLA NOWOWIEJSKI**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Assistant U.S. Attorney Thomas Carter concerning this motion. Mr. Carter is unopposed to the motion.

*/s/ Gary Tabakman*
Gary Tabakman

## CERTIFICATE OF SERVICE

I hereby certify that on October 08, 2026, I electronically filed the foregoing document under seal with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Gary Tabakman*
Gary Tabakman